478 A.2d 60

Commonwealth v. Ransome, Appellant.

Submitted November 28, 1983. William P. James, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Order affirmed.

478 A.2d 60

Commonwealth, Appellant, v. Richardson.

Argued March 8, 1984. Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellant; Susan Antonelli Flynn, Assistant Public Defender, for appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

Order reversed and case remanded for trial.

Jurisdiction is not retained.